# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00424-CR

**Ex parte Zaccheuas Albro**

### FROM THE 217TH DISTRICT COURT OF ANGELINA COUNTY
### NO. 2022-0590, ROBERT KENNETH INSELMANN JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Zaccheuas Albro, acting pro se, filed a notice of appeal regarding the denial of his application for a pretrial writ of habeas corpus by the trial court in Angelina County, Texas. However, the criminal appellate jurisdiction vested in this Court by the Texas Constitution and the Code of Criminal Procedure is limited to counties in this Court's appellate district. *See* Tex. Const., art. V, § 6 (providing that courts of appeals "shall have appellate jurisdiction co-extensive with the limits of their respective districts, which shall extend to all cases of which the District Courts or County Courts have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law"); Tex. Code Crim. Proc. arts. 4.01 (establishing criminal jurisdiction in criminal actions in courts of appeals), .03 (providing that courts of appeals "shall have appellate jurisdiction coextensive with the limits of their respective districts in all criminal cases except those in which the death penalty has been assessed"). Angelina County lies outside this Court's appellate district. *Compare* Tex. Gov't Code § 22.201(d) (listing twenty-four counties in Third Court's district), *with id.* § 22.201(m) (including Angelina County in list of counties in Twelfth Court's district). Because Angelina County is outside the

boundaries of our district, we lack appellate jurisdiction in this matter, and we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996) (listing section 22.201 of Government Code among examples of laws that establish jurisdiction of courts of appeals); *Rodriguez v. State*, 970 S.W.2d 133, 135 (Tex. App.—Amarillo 1998, pet. ref'd) (applying Rule 42.3 in criminal context).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Jurisdiction

Filed: July 20, 2023

Do Not Publish